UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
MYERS, SANDRA L.                          §         Case No. 11-11496
                                          §
          Debtor(s)                       §
                                          §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on                . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/DAVID R. BROWN_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortage, Inc. P.O. Box 9438 Gaithersburg, MD 20898 | | | | | |
| | U.S. Bank P.O. Box 5227 Cincinnati, OH 45201 | | | | | |
| | Wells Fargo Financial 800 Walnut St. Des Moines, IA 50309 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| UNION BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank P.O. Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Target National Bank P.O. Box 673 Minneapolis, MN 55440 | | | | | |
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 2 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit 8

Case No:   11-11496   JHS   Judge: JOHN H. SQUIRES

Case Name:   MYERS, SANDRA L.

For Period Ending:  03/16/12

Trustee Name:   DAVID R. BROWN

Date Filed (f) or Converted (c):   03/19/11 (f)

341(a) Meeting Date:   05/17/11

Claims Bar Date:   09/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 29W124 Lester St. West Chicago, IL 60185 | 145,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Chase checking account | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Chase (UGMA) checking account | 46.00 | 6.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Chase (UGMA) savings account | 372.00 | 22.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Ordinary household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 6. Ordinary wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Engagement ring | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Endowment insurance | 16,000.00 | 0.00 | | 16,875.86 | FA |
| 9. 401(k) - MetLife | 80,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. 401(k) - Siemens | 50,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. IRA - Citibank | 5,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Child support | 10,000.00 | 0.00 | | 0.00 | FA |
| 13. 2010 Ford Focus | 11,455.00 | 11,455.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $321,873.00   $11,483.00   $16,875.86   $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: | 11-11496   JHS   Judge: JOHN H. SQUIRES |
| Case Name: | MYERS, SANDRA L. |

| | |
|---|---|
| Trustee Name: | DAVID R. BROWN |
| Date Filed (f) or Converted (c): | 03/19/11 (f) |
| 341(a) Meeting Date: | 05/17/11 |
| Claims Bar Date: | 09/28/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/11          Current Projected Date of Final Report (TFR): 11/30/11

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

Ver: 16.05d

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-11496 -JHS |
| Case Name: | MYERS, SANDRA L. |
| Taxpayer ID No: | *******7754 |
| For Period Ending: | 03/16/12 |

| | |
|---|---|
| Trustee Name: | DAVID R. BROWN |
| Bank Name: | Union Bank |
| Account Number / CD #: | *******1580  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/13/11 | 8 | Metropolitan Life Insurance Company c/o JPMorgan Chase Bank, N.A. 6040 Tarbell Road Syracuse, NY 13206 | Life Insurance Policy Proceeds | 1129-000 | 16,875.86 | | 16,875.86 |
| * 10/25/11 | | Union Bank | BANK SERVICE FEE | 2600-003 | | 22.12 | 16,853.74 |
| 11/10/11 | | UNION BANK | BANK SERVICE CHARGES | 2600-000 | | 22.12 | 16,831.62 |
| * 12/20/11 | | Reverses Adjustment OUT on 10/25/11 | BANK SERVICE FEE duplicate entry | 2600-003 | | -22.12 | 16,853.74 |
| 12/20/11 | | Union Bank | Bank Charges | 2600-000 | | 39.33 | 16,814.41 |
| 01/17/12 | | Union Bank | Bank Charges | 2600-000 | | 39.33 | 16,775.08 |
| 01/25/12 | | Union Bank | Bank Charges | 2600-000 | | 39.33 | 16,735.75 |
| 02/03/12 | | Transfer to Acct #*******3564 | Bank Funds Transfer | 9999-000 | | 16,735.75 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 16,875.86 | 16,875.86 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 16,735.75 | |
| Subtotal | 16,875.86 | 140.11 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 16,875.86 | 140.11 | |

| | | |
|---|---|---|
| Page Subtotals | 16,875.86 | 16,875.86 |

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 11-11496 -JHS |
|---|---|
| Case Name: | MYERS, SANDRA L. |

Taxpayer ID No: *******7754
For Period Ending: 03/16/12

| Trustee Name: | DAVID R. BROWN |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3564  Checking Account |

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/12 | | Transfer from Acct #*******1580 | Bank Funds Transfer | 9999-000 | 16,735.75 | | 16,735.75 |
| 02/10/12 | 001001 | INTERNATIONAL SURETIES, LTD. | Bond # 016026455 | 2300-000 | | 5.00 | 16,730.75 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS ST. | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |

| | COLUMN TOTALS | 16,735.75 | 5.00 | 16,730.75 |
|---|---|---|---|---|
| | Less:  Bank Transfers/CD's | 16,735.75 | 0.00 | |
| Subtotal | | 0.00 | 5.00 | |
| | Less:  Payments to Debtors | | 0.00 | |
| Net | | 0.00 | 5.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******1580 | 16,875.86 | 140.11 | 0.00 |
| Checking Account - *******3564 | 0.00 | 5.00 | 16,730.75 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 16,875.86 | 145.11 | 16,730.75 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          16,735.75          5.00

Ver: 16.05d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*